In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-511 CR


____________________



EX PARTE RAYMOND YOUNG






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2124 (85414, 92153 and 92198)






 MEMORANDUM OPINION 


 We have before the Court an appeal by Raymond Young from an order on an
application for writ of habeas corpus, and the appellant's response to our inquiry regarding
jurisdiction. The trial court signed the order on September 5, 2006. The notice of appeal was
filed November 17, 2006, more than thirty days from the date of the order. The Court finds
the notice of appeal was not timely filed. Tex. R. App. P. 26.2. No extension of time was
requested within the time permitted by Tex. R. App. P. 26.3. It does not appear that appellant
obtained an out-of-time appeal. The Court finds it is without jurisdiction to entertain this
appeal. The appeal is dismissed for want of jurisdiction. 

 APPEAL DISMISSED. 

 _________________________________

 STEVE McKEITHEN Chief Justice


Opinion Delivered January 10, 2007 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.